B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois

In re  Michele Ann Carey fka Michele Wood; fka Michele Nyberg,    Case No. 20-70096

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Oceanside Mortgage Company | Oceanside Mortgage Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Oceanside Mortgage Company
PO Box 100077
Duluth, GA 30096

Phone: 800.603.0836
Last Four Digits of Acct #: 2490

Court Claim # (if known): 16-1
Amount of Claim: $103,226.09
Date Claim Filed: 03/27/2020

Phone: 800.349.0787
Last Four Digits of Acct. #: 3472

Name and Address where transferee payments should be sent (if different from above):
Oceanside Mortgage Company
PO Box 105178
Atlanta, GA 30348-5178

Phone:
Last Four Digits of Acct #: 2490

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons            Date: 01/04/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.